FORM 1007-1(H)

# United States Bankruptcy Court
## Eastern District of Oklahoma

In re: **James Edward Levings / Margaret Lynn Levings**
Debtor(s)

Case No. **18-80650**
Chapter **13**

## PAYMENT ADVICES CERTIFICATION
*(NOTE: A separate form must be filed by **each** debtor in a joint case)*

Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv), a debtor shall file copies of *all* payment advices or other evidence of payment (such as paycheck stubs, direct deposit statements, employer's statement of hours and earnings) received from the debtor's employer *within 60 days* before the date the debtor filed his/her bankruptcy case (the "petition date").*

I, **James Edward Levings** hereby state as follows:
(debtor's name)

*(select one)*

☐ I have attached hereto, or previously filed with the Court, copies of all payment advices or other evidence of payment received from my employer(s) within 60 days before the petition date.

☐ I received payment advices from an employer(s) during the 60 days before the petition date but have not yet located or obtained copies of all of the payment advices.

■ I did not receive any payment advices or other evidence of payment from any employer at any point during the 60 days before the petition date. ___

*(If you were employed, attach an explanation of why you did not receive any payment advices from your employer.)*

I declare under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge, information and belief.

Date: **June 18, 2018**   /s/ James Edward Levings
(Signature of Debtor)
Print name: **James Edward Levings**

* In order to protect the debtor's privacy, all but the last four digits of the Debtor's social security number and financial account number should be redacted from any payment advice. References to dates of birth should contain only the year and names of any minors should be redacted or include only initials.

# United States Bankruptcy Court
## Eastern District of Oklahoma

In re: **James Edward Levings**
**Margaret Lynn Levings**
Debtor(s)

Case No. **18-80650**
Chapter **13**

## PAYMENT ADVICES CERTIFICATION
*(NOTE: A separate form must be filed by **each** debtor in a joint case)*

Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv), a debtor shall file copies of *all* payment advices or other evidence of payment (such as paycheck stubs, direct deposit statements, employer's statement of hours and earnings) received from the debtor's employer *within 60 days* before the date the debtor filed his/her bankruptcy case (the "petition date").*

I, **Margaret Lynn Levings** hereby state as follows:
(debtor's name)

*(select one)*

☐ I have attached hereto, or previously filed with the Court, copies of all payment advices or other evidence of payment received from my employer(s) within 60 days before the petition date.

☐ I received payment advices from an employer(s) during the 60 days before the petition date but have not yet located or obtained copies of all of the payment advices.

☒ I did not receive any payment advices or other evidence of payment from any employer at any point during the 60 days before the petition date. ___

*(If you were employed, attach an explanation of why you did not receive any payment advices from your employer.)*

I declare under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge, information and belief.

Date: **June 18, 2018**

/s/ **Margaret Lynn Levings**
(Signature of Debtor)
Print name: **Margaret Lynn Levings**

* *In order to protect the debtor's privacy, all but the last four digits of the Debtor's social security number and financial account number should be redacted from any payment advice. References to dates of birth should contain only the year and names of any minors should be redacted or include only initials.*